**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVEN EDWARD GOETZ,

Defendant.

Case No. 2:25-mj-00027-EJY-1

ORDER

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, October 7, 2026, at 9:30 a.m., be vacated and continued to January 20, 2027 at 9:30 a .m.

DATED this 22nd day of September 2026.

[signature]

UNITED STATES MAGISTRATE JUDGE